### AARON CASE v. STATE.

No. A-1865. Opinion Filed November 29, 1913.

Appeal from County Court, Jefferson County;
B. T. Price, Judge.

Aaron Case was convicted of vagrancy, and appeals.  Affirmed.

Hamilton & Saye, for plaintiff in error.

Chas. West, Atty. Gen., and C. J. Davenport, Asst. Atty. Gen., for the State.

PER CURIAM.  This appeal is prosecuted from a conviction had upon an information charging vagrancy.  The jury returned a verdict of guilty and fixed the punishment at a fine of ten dollars.  In our opinion there is no merit in the appeal.  The judgment is therefore affirmed.  Mandate forthwith.